

**Jakob B. Halpern**
(973) 622-8394
jhalpern@saiber.com

August 10, 2020

**BY ECF**

Honorable Mark Falk, C.U.S.M.J.
**Frank R. Lautenberg U.S.P.O.
 & Courthouse Building**
One Federal Square – Room 457
Newark, New Jersey 07101

  Re: *Merck Sharp & Dohme B.V., et al. v. Mylan API US LLC, et al.*
     Civil Action No. 20-3270 (CCC) (MF)

Dear Judge Falk:

  Our firm, along with Perkins Coie LLP, represents defendants Mylan API US LLC, Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively the "Mylan Defendants") in this matter.

  We write on behalf of the Mylan Defendants to respectfully request a 7-day extension of the deadline for Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. to file redacted versions of their brief and supporting papers in opposition to the Mylan Defendants' Motion to Dismiss, which have been filed under seal due to their inclusion of confidential information (see ECF No. 24).  The Mylan Defendants submit that they need more than one business day to review such filings and to identify redactions that they wish to make to the confidential material contained in same.  Plaintiffs do not object to this extension request.

  If Your Honor is amenable to the foregoing request, we respectfully request the Court execute the So Ordered provision below and have its Order filed with the Clerk of Court.

  We thank the Court for its consideration and assistance.  Naturally, if the Court has any questions, we are available to respond at the Court's convenience.

               Respectfully submitted,

               /s Jakob B. Halpern

               Jakob B. Halpern

Honorable Mark Falk, C.U.S.M.J.
August 10, 2020
Page 2

/jbh

cc: Counsel of record (by ECF & email)

**SO ORDERED** this 11 day of August, 2020:

_____
**HONORABLE MARK FALK, C.U.S.M.J.**